Pamela L. Kingsley, SBN# 004226 (plk@tblaw.com)

**TB** **T I F F A N Y & B O S C O**
P.A.

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6015
Facsimile:  (602) 255-0103

*Attorneys for Defendant Wallick & Volk, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nichole Groff, | No. _____ |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| Wallick & Volk, Inc., a Wyoming corporation doing business in Arizona, | [Removal from Superior Court of Arizona, Maricopa County, Case No. CV2020-005728] |
| Defendant. | Action Filed: May 13, 2020 |

**TO:   THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX, ARIZONA**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and LRCiv 3.6, Defendant Wallick & Volk, Inc. ("Defendant") removes the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Maricopa, entitled *Nichole Groff vs. Wallick & Volk, Inc.*, Case No. CV2020-005728 ("the State Court Action") to this Court. In support of removal, Defendant states as follows:

1.      Plaintiff filed the State Court Action on May 13, 2020, asserting claims for disparate treatment and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended. Plaintiff also seeks an award of exemplary (i.e., punitive) damages.

1

2.     Plaintiff is a citizen of Arizona.

3.     Defendant is a Wyoming corporation registered with the Arizona Corporation Commission and does business in Arizona.

4.     Defendant Wallick & Volk, Inc. is the only named defendant.

5.     This Court has subject-matter jurisdiction. This action is one of which the United States District Courts are given original jurisdiction by reason that only federally-based are asserted. Defendant affirms no Arizona statutes or common law is involved. Plaintiff's asserted claims arise under federal law.

6.     Defendant electronically accepted service by filing its Waiver of Service with the State Court on June 23, 2020.

7.     Plaintiff does not oppose the removal.

8.     No further proceedings have occurred in the State Court Action.

9.     There are no pending motions in the State Court Action.

10.    This Notice is timely filed with this Court within 30 days after service on Defendant.

11.    By removing this case to this Court, Defendant does not waive any defenses, exceptions, or objections, and does not waive personal jurisdiction in the State of Arizona. See *Webb v. Sitzes*, 82 F.3d 424 (9th Cir. 1996).

12.    Under 28 U.S.C. § 1446(a), true and complete copies of all process, pleadings, and orders served upon Defendant are attached to this Notice as **Exhibit A**, and the most recent version of the docket from the State Court Action is attached as **Exhibit B**.

13.    Under 28 U.S.C. § 1446(d), Defendant is concurrently giving written notice of the removal of the State Court Action to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, County of Maricopa, a copy of which is attached to this Notice as **Exhibit C**.

WHEREFORE, Defendant Wallick & Volk, Inc. hereby removes the State Court Action to this Court, and as such, no further proceedings shall be had in the Superior Court of the State of Arizona, County of Maricopa.

DATED this 22nd day of July, 2020.

By: /s/ Pamela L. Kingsley
Pamela L. Kingsley
Tiffany & Bosco, P.A.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
**Attorneys for Defendant Wallick & Volk, Inc.**

//

//

//

//

//

//

//

//

//

//

//

//

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

The foregoing Notice of Removal was filed today, July 22, 2020, via the Court Electronic Filing System. Copies will be served upon counsel of record by, and may be obtained through operation of the CM/ECF System. Copies will also be sent via e-mail.

Michael J. Petitti, Jr.
Paige C. Pataky
SHIELDS PETITTI, PLC
5090 N. 40th Street, Suite 207
Phoenix, Arizona 85018
mjp@shieldspetitti.com
pcp@shieldspetitti.com
*Counsel for Plaintiff*

Melinda S. McCorkle
McCORKLE LAW
P.O. Box 1926
Cheyenne, Wyoming 82003
melinda@kmplaw.net
*(Courtesy copy)*


/s/ Shari Hanger
Shari Hanger