IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nichole Groff,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wallick & Volk Incorporated,<br><br>　　　　Defendant. | No. CV-20-01449-PHX-DJH<br><br>**ORDER** |

　　　The Court having reviewed the parties' Stipulation of Dismissal (Doc. 83), filed on January 4, 2022,

　　　**IT IS ORDERED** approving the Stipulation (Doc. 83) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

　　　**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

　　　Dated this 4th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge